# UNITED STATES DISTRICT COURT
for the Southern District of Georgia
Savannah Division

| | | |
|---|---|---|
| TACMED SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV424-155 |
| | ) Civil Action No.: | |
| ROGUE RANGER, LLC, a Georgia limited liability company; and HUNTER VOKES, an individual, | ) ) ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hunter Vokes
831 S. Main Street, Apt. 311
Statesboro, Georgia 30458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's or plaintiff's attorney, whose name and address are:

Rachel Young Fields
Robert Hurst
Hunter, Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
Savannah, GA 31401

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/22/24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. CaseNumber

## PROOF OF SERVICE

***(This section should be filed with the court unless requried by Fed. R. Civ. P. 4 (1))***

This summons for *(name of individual and title, if any)* Click or tap here to enter text. was received by me on *(date)* Click or tap to enter a date..

☐ I personally served the summons on the individual at *(place)* Click or tap here to enter text. on *(date)* Click or tap to enter a date.; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Click or tap here to enter text., a person of suitable age and discretion who resides there, on *(date)* Click or tap to enter a date., and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Click or tap here to enter text., who is designated by law to accept service of process on behalf of *(name of organization)* Click or tap here to enter text. on *(date)* Click or tap to enter a date.; or

☐ I returned the summons unexecuted because Click or tap here to enter text.; or

☐ Other *(specify)*: Click or tap here to enter text.

My fees are $Click or tap here to enter text. for travel and $Click or tap here to enter text. for services, for a total of $Click or tap here to enter text..

I declare under penalty or perjury that this information is true.

Date: _____

_____
*Server's Signature*

Click or tap here to enter text.
*Printed name and title*

Click or tap here to enter text.
*Server's address*

Additional information regarding attempted service, etc.

Click or tap here to enter text.