## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| TACMED SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-155 |
| | ) | |
| ROGUE RANGER, LLC, and | ) | |
| HUNTER VOKES, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiff TacMed Solutions, LLC, has filed a Notice on the Docket, indicating it is a Consent Judgment. *See* doc. 17. The filing appears to be a proposed Consent Judgment agreed upon by the parties. *See id.* at 1, 6. However, it is not accompanied by any motion requesting the Court take any action. *See generally id.* This is a motions-driven Court. *See In re Unsolicited Letters to Federal Judges*, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) ("Put another way, if a litigant seeks judicial action of any sort . . ., it must be contained within a motion arising from a properly filed lawsuit."); *see also* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."). Therefore, if the parties wish to request that the Court enter the proposed Consent Judgment, doc. 17, they are

**DIRECTED** to file a motion requesting such relief within 30 days from

the date of this Order.

     **SO ORDERED**, this 18th day of September, 2024.

 

                                   _____

                                   CHRISTOPHER L. RAY
                                   UNITED STATES MAGISTRATE JUDGE
                                   SOUTHERN DISTRICT OF GEORGIA